UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

```
-------------------------------------------------------------x
 Victoria's Secret Direct,                          :

                        Plaintiff,                  :

                    v.                              :   Court No.    05-00186

 United States,                                     :

                        Defendant.                  :
-------------------------------------------------------------x
```

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on Exhibit 1 by protest number, entry number, entry line number, style number, and style description.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise in one of the following provisions:

    a. Women's blouses or shirts, knitted or crocheted, of cotton in HTSUS subheading 6106.10.00 at the rate of 19.8 percent ad valorem,

    b. Tank tops, knitted or crocheted, of cotton, under HTSUS subheading 6109.10.00 at the rate of 17 percent ad valorem,

    c. Pullovers, knitted or crocheted, of cotton, under HTSUS subheading 6110.20.20 at the rate of 16.9 percent ad valorem, or

    d. Pullovers, knitted or crocheted, of man-made fibers, under HTSUS subheading 6110.30.30 at the rate of 32.2 percent ad valorem.

7. The subject merchandise is classifiable under one of the following provisions:

    a. Other garments, knitted or crocheted, of cotton under subheading 6114.20.00, HTSUS, at the rate of 10.9 percent ad valorem, or

    b. Other garments, knitted or crocheted, of man-made fibers under subheading 6114.30.10, HTSUS, at the rate of 28.4 percent ad valorem.

8. The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), *aff'd. Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style numbers, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

                                            Respectfully submitted,

                              GRUNFELD, DESIDERIO, LEBOWITZ
                              SILVERMAN & KLESTADT, LLP
                              Attorneys for Plaintiff
                              599 Lexington Avenue
                              36th Floor
                              New York, New York 10022
                              Tel. (212) 557-4000

                  /s/      <u>Robert F. Seely</u>
                              Robert B. Silverman
                              Alan R. Klestadt

Dated:  New York, New York
         March 12, 2022

# EXHIBIT 1

**Port:** Los Angeles, CA (2704) and Columbus, OH (4103)

**Summons Filed:** 3/03/2005

*NOTE:* Entries identified below with an asterisk (*) are abandoned and not subject to reliquidation.

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-04-100983 | 442-1730539-8* | | | |
| 2704-04-100984 | 442-1730533-1* | | | |
| 2704-04-100985 | 442-1730531-5* | | | |
| 2704-04-101862 | 442-1759748-1* | | | |
| 2704-04-101873 | 442-1757884-6* | | | |
| 2704-04-101874 | 442-1757893-7* | | | |
| 2704-04-101875 | 442-1757867-1* | | | |
| 2704-04-101876 | 442-1759721-8 | 1 | 164646 | PULLOVER, L/S V-NECK WITH SHELF BRA - Of cotton |
| 2704-04-101877 | 442-1757881-2 | 1 | 167276 | PULLOVER, 3/4 SLEEVE WITH SHELF BRA - Of cotton |
| 2704-04-101878 | 442-1757894-5 | 1 | 168354 | BLOUSE, 3/4 SLEEVE VELOUR WITH SHELF BRA - Of cotton |
| 2704-04-102349 | 442-1766275-6 | 1 | 169688 | PULLOVER, SLVLS SHELF BRA - Of cotton |
| 2704-04-102349 | 442-1766278-0 | 1 | 169688 | PULLOVER, SLVLS SHELF BRA - Of cotton |
| 2704-04-102350 | 442-1762778-3* | | | |
| 2704-04-102351 | 442-1762739-5 | 1 | 167266 | PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA - Of cotton |
| 2704-04-102354 | 442-1760393-3 | 1 | 164646 | PULLOVER, L/S V-NECK WITH SHELF BRA - Of cotton |
| 2704-04-102355 | 442-1767174-0 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA – of cotton |
| 2704-04-102355 | 442-1767176-5 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA – of cotton |
| 2704-04-102356 | 442-1767181-5 | 1 | 169687 | PULLOVER, 3/4 SLEEVE BALLET NECK W/ SHELF BRA - Of cotton |
| 2704-04-102357 | 442-1765347-4* | | | |
| 2704-04-102358 | 442-1767143-5* | | | |
| 2704-04-102359 | 442-1767139-3* | | | |
| 4103-04-100130 | 233-3056949-4* | | | |
| 4103-04-100130 | 233-3059275-1* | | | |
| 4103-04-100130 | 233-3069772-5* | | | |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4103-04-100130 | 233-3072081-6* | | | |
| 4103-04-100134 | 233-3060329-3* | | | |
| 4103-04-100162 | 233-3091476-5* | | | |
| 4103-04-100162 | 233-3096662-5* | | | |
| 4103-04-100163 | 233-3111579-2 | 1 | 164220 | BLOUSE, L/S WITH KEYHOLE AND SHELF BRA - Of cotton |
| 4103-04-100164 | 233-3097062-7* | | | |
| 4103-04-100165 | 233-3099444-5 | 1 | 165624 | PULLOVER, L/S SLIT NECK W/CROCHET TRIM AND SHELF BRA – of cotton |
| 4103-04-100166 | 233-3109938-4 | 1 | 164593 | PULLOVER, L/S BALLET NECK W/SHELF BRA – of cotton |
| 4103-04-100167 | 233-3101408-6 | 1 | 164646 | PULLOVER, L/S V-NECK WITH SHELF BRA – of cotton |
| 4103-04-100167 | 233-3103704-6 | 1 | 164646 | PULLOVER, L/S V-NECK WITH SHELF BRA – of cotton |
| 4103-04-100168 | 233-3096606-2* | | | |
| 4103-04-100168 | 233-3119855-8* | | | |
| 4103-04-100169 | 233-3093679-2* | | | |
| 4103-04-100169 | 233-3114494-1* | | | |
| 4103-04-100179 | 233-3129791-3* | | | |
| 4103-04-100180 | 233-3129562-8* | | | |
| 4103-04-100181 | 233-3129615-4 | 1 | 164595 | Tank w/satin bodice and shelf bra – of man-made fibers |
| 4103-04-100182 | 233-3143609-9* | | | |
| 4103-04-100184 | 233-3132090-5 | 1 | 168473 | PULLOVER, W/PARTIAL RACERBACK TANK AND SHELF BRA – of cotton |
| 4103-04-100185 | 233-3132058-2 | 1 | 165624 | PULLOVER, L/S SLIT NECK W/CROCHET TRIM AND SHELF BRA – of cotton |
| 4103-04-100187 | 233-3136183-4* | | | |
| 4103-04-100188 | 233-3136174-3 | 1 | 164220 | BLOUSE, L/S WITH KEYHOLE AND SHELF BRA - Of cotton |
| 4103-04-100215 | 233-3170398-5* | | | |
| 4103-04-100215 | 233-3170407-4* | | | |
| 4103-04-100215 | 233-3170410-8* | | | |
| 4103-04-100218 | 233-3150435-9* | | | |
| 4103-04-100219 | 233-3173678-7 | 1 | 170220 | Tank athletic shelf bra of man-made fibers |
| 4103-04-100220 | 233-3173304-0 | 1 | 170223 | PULLOVER, SLVLS SHELF BRA – of man-made fibers |
| 4103-04-100221 | 233-3171132-7 | 1 | 169329 | TANK, ORGANZA TRIM W/ SHELF BRA – of cotton |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4103-04-100222 | 233-3155807-4* | | | |
| 4103-04-100223 | 233-3150440-9 | 1 | 168355 | PULLOVER, L/S WITH LACE INSERT AND SHELF BRA – of cotton |
| 4103-04-100224 | 233-3171135-0 | 1 | 169689 | TANK, SQUARE NECK W/ SHELF BRA – of cotton |
| 4103-04-100226 | 233-3170402-5 | 1 | 169687 | PULLOVER, 3/4 SLEEVE BALLET NECK W/ SHELF BRA – of cotton |
| 4103-04-100227 | 233-3167602-5 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA – of cotton |
| 4103-04-100227 | 233-3167606-6 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA – of cotton |

11503109_1